UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GEORGIA (JO) A. BALDAUF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:04-cv-1571-TAB-JDT |
| vs. | ) | |
| | ) | |
| CLIFTON DAVIDSON, individually; | ) | |
| JESSE MARLOW, individually and in his | ) | |
| official capacity as Chief of Police; and the | ) | |
| TOWN OF PITTSBORO, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court, having previously entered judgment for Defendants Clifton Davidson, Jesse Marlow, and the Town of Pittsboro as to certain claims [Docket No. 176], finds that all remaining claims have now been resolved following the return of the jury's verdict, and that final judgment should now issue. Specifically, the jury found in favor of Defendant Davidson and against Plaintiff Georgia Baldauf as to her First and Fourth Amendment claims.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is entered for Defendants and against Plaintiff Georgia Baldauf on all claims remaining at this time, as well as to any claims previously resolved as to which partial final judgment was not separately entered, and that the Plaintiff shall take nothing by her complaint.

Dated: 10/05/2007

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Copies to:

Kenneth Anthony Collier-Magar
COLLIER-MAGAR & ROBERTS
kenneth@cmrlawfirm.com

Robb Alan Minich
MICHAEL K. SUTHERLIN & ASSOCIATES
robbminich@hotmail.com

Liberty L. Roberts
COLLIER MAGAR & ROBERTS
liberty@cmrlawfirm.com

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@michaelsutherlin.com